**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NIPUL S. AMIN, On Behalf of Himself and All Others Similarly Situated, | : : : | CASE NO. 2:10-CV-00305 |
| Plaintiff, | : : | JUDGE FAITH S. HOCHBERG |
| v. | : : | |
| GENERAL MILLS, INC., *et al*. | : : | |
| Defendants. | : : | **AGREED ORDER** |

THIS CAUSE is before the Court on an agreement reached between the parties on September 28, 2011, and the Court having been advised of such agreement on that same day, and now being otherwise duly advised, it is hereby:

ORDERED AND ADJUDGED, for good cause, that this matter shall be stayed and administratively terminated until the entry of final judgment and resolution of any appeals in *Johnson v. General Mills, Inc*, No. 10-cv-00061-CJC (C.D. Cal.). Within 30 days of resolution of *Johnson*, including resolution of any appeals, the parties shall notify this Court of such resolution and a status conference shall be scheduled.

It Is So Ordered.

DATE**:** 10/28/2011                                                         s/ Faith S. Hochberg
                                                                            HON. FAITH S. HOCHBERG
                                                                            United States District Judge