

SHEPHERD, FINKELMAN,
  MILLER & SHAH, LLP
JAMES C. SHAH
NATHAN C. ZIPPERIAN
475 White Horse Pike
Collingswood, NJ 08107-1909
Telephone: 856/858-1770
856/858-7012 (fax)
jshah@sfmslaw.com
nzipperian@sfmslaw.com

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (*pro hac vice*)
THOMAS J. O'REARDON II
701 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
CULLIN A. O'BRIEN
STUART A. DAVIDSON
MARK J. DEARMAN
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
cobrien@rgrdlaw.com
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIPUL S. AMIN, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MILLS, INC. and YOPLAIT USA, INC.,<br><br>Defendants. | No.: 2:10-cv-00305-FSH(PS)<br><br>CLASS ACTION<br><br>JUDGE FAITH S. HOCHBERG<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, Nipul Amin, and Defendants, General Mills, Inc. and Yoplait USA, Inc., through their undersigned counsel, that the above-captioned action is voluntarily dismissed, with prejudice against the Defendants pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated:  July 3, 2013

SHEPHERD, FINKELMAN, MILLER
  & SHAH, LLP
JAMES C. SHAH
NATHAN C. ZIPPERIAN


By:  /s/ James C. Shah
            JAMES C. SHAH

475 White Horse Pike
Collingswood, NJ 08107-1909
Telephone: 856/858-1770
856/858-7012 (fax)
jshah@sfmslaw.com
nzipperian@sfmslaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
CULLIN A. O'BRIEN (*pro hac vice*)
STUART A. DAVIDSON (*pro hac vice*)
MARK J. DEARMAN (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
cobrien@rgrdlaw.com
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com

1

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (*pro hac vice*)
THOMAS J. O'REARDON II
701 B Street, Suite 1700
San Diego, CA  92101
Telephone:  619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

SAXENA WHITE P.A.
JONATHAN M. STEIN
2424 N. Federal Highway, Suite 257
Boca Raton, FL  33431
Telephone:  561/394-3399
561/394-3382 (fax)
jstein@saxenawhite.com

GILMAN AND PASTOR, LLP
DAVID PASTOR
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Telephone: 617-742-9700
617/742-9701 (fax)
dpastor@gilmanpastor.com

CLIMACO, WILCOX, PECA,
 TARANTINO & GAROFOLI CO., L.P.A.
JOHN R. CLIMACO
PATRICK G. WARNER
55 Public Square, Suite 1950
Cleveland, OH  44113
Telephone:  216/621-8484
216/771-1632 (fax)
jrclim@climacolaw.com
pgwarn@climacolaw.com

2

        THE PISCITELLI LAW FIRM
        FRANK E. PISCITELLI, JR.
        55 Public Square, Suite 1950
        Cleveland, OH 44113
        Telephone: 216/931-7000
        216/931-9925 (fax)
        frank@piscitellilaw.com

        BALKAN & PATTERSON, LLP
        ADAM M. BALKAN
        JOHN B. PATTERSON
        601 S. Federal Highway, Suite 302
        Boca Raton, FL 33432
        Telephone: 561/750-9191
        561/750-1574 (fax)
        adam@balkanpatterson.com
        john@balkanpatterson.com

        EMERSON POYNTER LLP
        SCOTT E POYNTER
        GINA M. DOUGHERTY
        500 President Clinton Avenue, Suite 305
        Little Rock, AR 72201
        Telephone: (501) 907-2555
        501/907-2551 (fax)
        scott@emersonpoynter.com
        gdougherty@emersonpoynter.com

        Attorneys for Plaintiff

Dated: July 3, 2013        GREENBERG TRAURIG, LLP
        PHILIP R. SELLINGER
        DAVID E. SELLINGER

        By:    *s/ Philip R. Sellinger*
                PHILIP R. SELLINGER

200 Park Avenue
P.O. Box 677
Florham Park, NJ 07932
Telephone: 973/443-3557
973/295-1321 (fax)
sellingerp@gtlaw.com
sellingerd@gtlaw.com

BLACKWELL BURKE P.A.
BENJAMIN W. HULSE
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Telephone: 612/343-3256
612/343-3205 (fax)
bhulse@blackwellburke.com

Attorneys for Defendants

SO ORDERED. 7/8/13.

*[signature]*
Hon. Faith S. Hochberg, USDJ

4